IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| MARIE BURNS, | * | CHAPTER 13 |
|    Debtor | * | |
| | * | |
| | * | CASE NO. 1:16-bk-00090-MDF |

ORDER DISMISSING CASE

UPON THE MOTION OF THE CHAPTER 13 TRUSTEE and after notice and a hearing,

IT IS HEREBY ORDERED that the above-captioned case is hereby DISMISSED.

By the Court,

Date: September 2, 2014

_/s/ Mary D. France_
Chief Bankruptcy Judge
(JK)