# Notice Recipients

District/Off: 0314–1        User: DDunbar        Date Created: 7/13/2016
Case: 1:16–bk–00090–MDF     Form ID: pdf010      Total: 63

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee        ustpregion03.ha.ecf@usdoj.gov
tr     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com
aty    Joseph J. Swartz             RA–occbankruptcy2@state.pa.us
aty    Ryan M Paddick               rpaddick@paddicklaw.com
aty    Vicki Ann Piontek            vicki.piontek@gmail.com

                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Marie Burns           221 Sycamore Trail       Delta, PA 17314
4744135    AES / Keystone / PHEAA      P.O. Box 61047      Harrisburg, PA 17106
4744136    Alchemy Worldwide, LLC      15250 Ventura Blvd, 3rd Floor      Sherman Oaks, CA 91403
4744137    Allied Collection Services of CA      8550 Balboa Blvd, Suite 232      Northridge, CA 91325
4744138    American Credit Bureau      P.O. Box 4545      Boynton Beach, FL 33437
4744139    American Credit Bureau, Inc.      2755 South Federal Highway      Boynton Beach, FL 33435
4744141    American Radiology       1000 Twin C Lane       Newark, DE 19713
4744140    American Radiology       1000 Twin C Lane, #100       Newark, DE 19713
4744142    Berks Credit and Collections       900 Corporate Drive       Reading, PA 19605
4744143    Berks Credit and Collections       900 Corporate Drive       Reading, PA 19605
4744144    Berks Credit and Collections       900 Corporate Drive       Reading, PA 19605
4743646    Chrysler Capital       PO Box 961275       Fort Worth, TX 76161–1245
4744145    Credit Collection Service       P.O. Box 9134       Needham Heights, MA 02494
4744146    Damascus Equine Associates       27601 Barnes Road       Damascus, MD 20872
4744147    Delmarva Collection       P.O. Box 37       Salisbury, MD 21803
4744148    DiTech Financial, LLC       P.O. Box 6172       Rapid City, SD 57709
4744149    DiTech Financial, LLC       P.O. Box 6172       Rapid City, SD 57709
4787132    ECMC       P.O. BOX 16408       St. Paul, MN 55116–0408
4744150    First Premier Bank       3820 North Louise Ave       Sioux Falls, SD 57107
4744151    First Premier Bank       601 S. Minesota Ave       Sioux Falls, SD 57104
4744152    Green Tree Servicing, LLC       345 Saint Peter Street       Saint Paul, MN 55102
4744155    HSBC Bank       PO Box 9       Buffalo, NY 14240
4744153    Henderson Podiatry       324 Brewer Valley Pike       Willow Street, PA 17584
4744154    Hicken, Cranley, Taylor       2330 West Joppa Road, Sweet 100       Lutherville, MD 21093
4744156    KML Law Group       Attention: Bankruptcy Department       701 S. Market Street       Philadelphia, PA 19106
4744157    Martin Foot and Ankle       2300 Pleasant Valley Road       York, PA 17402
4744158    Memorial Family Medicine       200 Bailey Drive       Stewartstown, PA 17363
4744159    Morton and Craig       110 Marter Ave       Suit 301       Moorestown, NJ 08057
4744160    NAPA of Maryland       c/o C–Tech Collections       5505 Nesconsset Highway       Mount Sinai, NY 11766
4744161    PA Higher Education       P.O.Box 8147       Harrisburg, PA 17105
4744162    PA Higher Education/AES       P.P Box 61017       Harrisburg, PA 17106
4744163    PECO       2301 Market Street       Philadelphia, PA 19103
4757123    PECO Energy Company       2301 Market Street, S23–1       Attn: Merrick Friel       Philadelphia, PA 19103
4744164    Penn State Hershey Medical Center       500 University Drive       Hershey, PA 17033
4750569    Pennsylvania Department of Revenue       Bankruptcy Division PO Box 280946       Harrisburg PA 17128–0946
4744165    Progressive       6300 Wilson Mills Road       Cleveland, OH 44143
4744166    Quantum 3 Group, LLC       P.O. Box 788       Kirkland, WA 98083
4742491    Quantum3 Group LLC as agent for       Sadino Funding LLC       PO Box 788       Kirkland, WA 98083–0788
4744168    R&R Professional Recovery       1500 reierstown road       Piesville, MD 21282, MD 21282
4744167    R&R Professional Recovery       P.O. Box 21575       Pikesville, MD 21282
4744169    Sadino Funding, LLC       P.O. Box 788       Kirkland, WA 98083
4744170    Sadino Funding, LLC       P.O. Box 788       Kirkland, WA 98083
4744171    Santander Consumer USA, Inc.       d/b/a Chrysler Capital       P.O. Box 961275       Fort Worth, TX 76161
4794440    The Bank of New York Mellon Trust Company, N.A.       C/O Ditech Financial LLC       PO Box 6154       Rapid City, SD 57709–6154
4744174    Toyota Motor Credit Corp       240 Gibraltar Road       Suite 260       Horsham, PA 19044
4744175    Toyota Motor Credit Corp       240 Gibraltar Road       Suite 260       Horsham, PA 19044
4744172    Toyota Motor Credit Corp       5005 North River Blvd NE       Cedar Rapids, IA 52410
4744173    Toyota Motor Credit Corp       5005 North River Blvd NE       Cedar Rapids, IA 52410
4744176    Toyota Motor Leasing       5005 North River Blvd,NE       Cedar Rapids, IA 52411
4744177    Toyota Motor Leasing       5005 North River Blvd,NE       Cedar Rapids, IA 52411
4744178    Union Hospital Physicians       106 Bow Street       Elkton, MD 21921
4744180    Union Hospital Physicians       106 Bow Street       Elkton, MD 21921

| | | | | |
|---|---|---|---|---|
| 4744179 | Union Hospital Physicians | 108 Bow Street | Elkton, MD 21921 | |
| 4744181 | Universal Collection Service | 5707 Calverton Street | Suite 2 A | Catonsville, MD 21228 |
| 4744182 | Upper Chesapeake Emergency Medical | 500 Upper Chesapeake Drive | Bel Air, MD 21014 | |
| 4744183 | Verizon | 500 Technology Drive, Suite 300 | Saint Charles, MO 63304 | |
| 4744184 | Webbank / Freshstart | 6250 Ridgewood Road | Saint Cloud, MN 56303 | |
| 4744185 | Wellspan Nephrology | 380 Sint Charles Way | York, PA 17402 | |

TOTAL: 58